```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STEPHANIE PETERMAN,              :   CIVIL ACTION
                                 :   NO. 11-6265
     Plaintiff,                  :
                                 :
          v.                     :
                                 :
SAMANTHA SAKALAUSKAS, et al.,    :
                                 :
     Defendants.                 :
```

### O R D E R

**AND NOW** this **9th** day of **October, 2013,** for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Partial Summary Judgment (ECF No. 37) is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**